GARY M. RESTAINO
United States Attorney
District of Arizona

KIYOKO PATTERSON
Assistant United States Attorney
Arizona State Bar No. 023753
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: kiyoko.patterson@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 0 5 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

1. Arnold Joe,
   (Counts 1 and 2)

2. Felix Begay, and
   (Counts 1 and 2)

3. Vernon Nez,
   (Count 3)
                Defendants.

No.   CR-24-8140-PCT-JJT (DMF)

**INDICTMENT**

VIO:   18 U.S.C. §§ 1153, 113(a)(3) and 2
(CIR-Assault With a Dangerous
Weapon, Aid and Abet)
(Count 1)

18 U.S.C. §§ 1153, 113(a)(6) and 2
(CIR-Assault Resulting in Serious
Bodily Injury, Aid and Abet)
(Count 2)

18 U.S.C. §§ 1153 and 113(a)(3)
(CIR-Assault With a Dangerous
Weapon)
(Count 3)

THE GRAND JURY CHARGES:

**COUNT 1**

On or about February 11, 2024, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, Defendants, ARNOLD JOE and FELIX BEGAY, Indians, did intentionally and knowingly assault K.H. with a dangerous weapon, that is, a knife, with intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153, 113(a)(3) and 2.

## COUNT 2

On or about February 11, 2024, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, Defendants, ARNOLD JOE and FELIX BEGAY, Indians, did intentionally, knowingly, and recklessly assault K.H., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153, 113(a)(6) and 2.

## COUNT 3

On or about February 11, 2024, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, Defendant, VERNON NEZ, an Indian, did intentionally and knowingly assault H.H. with a dangerous weapon, that is, a belt, with intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: November 5, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/*
KIYOKO PATTERSON
Assistant U.S. Attorney

-2-